UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| KEITH MESSINA, | 2:12-cv-00432-GMN-CWH |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| SUBRAY, I.N.C., *et al.,* | |
| Defendants. | |

    Due to a conflict on the Court's calendar, the Early Neutral Evaluation Session currently scheduled for June 5, 2012 at 9:30 a.m. is vacated and rescheduled for Tuesday, June 26, 2012 at 9:30 a.m. The confidential settlement statement shall be due to chambers on or before 4:00 p.m., June 19, 2012. All other conditions as set forth in the Order Scheduling Early Neutral Evaluation Session (dkt. 8) shall remain the same.

    DATED this 17th day of May, 2012.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE