**BARNEY McKENNA & OLMSTEAD, P.C.**
M. ERIC OLMSTEAD – 6766
SCOTT L. HALVORSEN – 9573
43 South 100 East, Suite 300
St. George, Utah 84770-2948
(435) 628-1711
(435) 628-3318 fax
eolmstead@barney-mckenna.com

*Attorneys for Defendant Subray, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH MESSINA,<br><br>         Plaintiff,<br><br>vs.<br><br>SUBRAY, INC., a Nevada corporation;<br>M.A.K. SUBS, LLC, a Nevada limited<br>liability company,<br><br>         Defendants. | CASE NO. 2:12 CV 00432-GMN-CWH |

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

Based upon the parties' Stipulated Motion to Dismiss and the memorandum in support, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the case is hereby dismissed with prejudice.

SO ORDERED this 17th day of September, 2012.

BY THE COURT:

_____
District Court Judge

1

1  Submitted by:

2  /s/ M. Eric Olmstead

3  M. Eric Olmstead -6766
   eolmstead@barney-mckenna.com
4  Barney McKenna & Olmstead, P.C.
   43 South 100 East, Suite 300
5  St. George, UT 84770
   435-628-1711

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2